◎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ALASKA

BRENNA RANDALLRIORDAN-RATH,

V.

GOVERNMENT EMPLOYEES INSURANCE
COMPANY D/B/A GEICO

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:08-cv-00043-TMB

TO: (Name and address of Defendant)

Government Employees Insurance Company d/b/a GEICO
c/o Linda S. Hall, Director
State of Alaska, Division of Insurance
PO Box 110805
Juneau, AK 99811

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeff Barber
BARBER & SIMS, LLC
821 N Street, Suite 103
Anchorage, AK 99501

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

IDA ROMACK                                           3/14/08
CLERK                                                DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE  3/21/2008 |
| NAME OF SERVER (PRINT)  Angela C. Miller | TITLE  Paralegal for Barber & Sims, LLC |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:

    Defendant was served with copies of the Summons and Complaint, by certified return receipt mail delivery upon its agent authorized by law to receive service of process, AS 21.09.180-190.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):

    A copy of the green card and Linda S. Hall's Certificate of Service are attached hereto.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES  $32.13 | TOTAL  $32.13 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    3/24/2008      *[signature: Angela C. Miller]*
              Date                    Signature of Server

             821 N Street, Suite 103, Anchorage, AK  99501
                           Address of Server

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Linda Hall, Director
    St of AK, Div. of Insurance
    PO Box 110805
    Juneau, AK  99811

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X                            ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

    MAR 2 1 2008
    STATE OF ALASKA
    DEPARTMENT OF ADMINIST
    CENTRAL MAIL SERVICES

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
   (Transfer from service label)     7002 2410 0007 8817 8254

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

(1) As to who may se[rve]

STATE OF ALASKA
DEPARTMENT OF COMMUNITY AND ECONOMIC DEVELOPMENT
DIVISION OF INSURANCE
JUNEAU, ALASKA

CERTIFICATE OF SERVICE

RECEIVED
MAR 2 4 2008
LAW OFFICE
BARBER & SIMS, LLC

I, Linda S. Hall, Director of Insurance, certify that I have been served with the attached document(s): SUMMONS IN CIVIL ACTION, COMPLAINT AND ATTACHED EXHIBITS IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA,

BRENNA RANDALLIORDAN-RATH

VS

GOVERNMENT EMPLOYEES INSURANCE COMPANY D/B/A GEICO,

CASE NO. 3:08-CV-00043-TMB

and that I have accepted, on your behalf, the above service, as received through the U.S. Mail in Juneau, Alaska, on the 21ST DAY OF MARCH, 2008.

In accordance with the provisions of AS 21.09.180-190, one copy of the document together with my certification is forwarded to you:

GOVERNMENT EMPLOYEES INSURANCE COMPANY,

at your address on file in this office, via certified mail, return receipt requested.

Do not file your answer or response with this office. Direct your questions or response to the court, attorney, or party whose name and address appear on the document served.

Linda S. Hall
Director

Service of Process Section
Division of Insurance
P.O. Box 110805
Juneau, AK 99811-0805
Catherine Watson
Phone (907) 465-2515



IN TESTIMONY WHEREOF
I have hereunto set my
hand and affixed my
official seal, at
Juneau, Alaska this
21ST MARCH, 2008.